The People of the State of New York,
against
Humberto Bonilla, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (A. Kirke Bartley, Jr., J.), rendered April 27, 2016, convicting him, after a nonjury trial, of attempted assault in the third degree and harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (A. Kirke Bartley, Jr., J.), rendered April 27, 2016, affirmed.
Defendant's claim that the evidence was legally insufficient to establish the intent element of second degree harassment is unpreserved, and we decline to review it in the interest of justice (see People v Hawkins, 11 NY3d 484, 492 [2008]). Were we to review this claim, we would find that the verdict convicting defendant of attempted assault in the third degree (see Penal Law §§ 110.00, 120.00[1]) and harassment in the second degree (see Penal Law § 240.26[1]) was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis upon which to disturb the trial court's determinations concerning credibility. The evidence warranted the conclusion that when defendant punched complainant twice in the face with a closed fist, causing redness, swelling and a laceration to complainant's lip, defendant did so with the intent to cause physical injury to the complainant (see Penal Law § 120.00[1]; Matter of Edward H., 61 AD3d 473 [2009]; Matter of Marcel F., 233 AD2d 442, 442-443 [1996]) and with the intent to harass, annoy and alarm (see Penal Law § 240.26; People v Mack, 76 AD3d 467, 468 [2010], lv denied 15 NY3d 922 [2010]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 26, 2018